UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                              §
                                    §
DOENGES, DAVID M.                   §        Case No. 13-42410
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn
> Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/07/2014 in Courtroom 240,
> c/o Kane County Courthouse
> 100 S. 3rd Street
> Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/02/2014           By: _____
                                       Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DOENGES, DAVID M. § Case No. 13-42410
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 30.00 |
| leaving a balance on hand of[1] | $ | 4,970.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 45.35 | $ 0.00 | $ 45.35 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 1,239.00 | $ 0.00 | $ 1,239.00 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 12.22 | $ 0.00 | $ 12.22 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 879.00 | $ 0.00 | $ 879.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,425.57 |
| Remaining Balance | | $ | 1,544.43 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,047.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 62.89 | $ 0.00 | $ 24.00 |
| 000002 | Discover Bank | $ 3,919.19 | $ 0.00 | $ 1,495.54 |
| 000003 | American InfoSource LP as agent for | $ 65.22 | $ 0.00 | $ 24.89 |

Total to be paid to timely general unsecured creditors    $    1,544.43

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
                                    Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
David M. Doenges  
Debtor

Case No. 13-42410-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: mrahmoun           Page 1 of 1      Date Rcvd: Oct 03, 2014
                         Form ID: pdf006           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2014.
```
db            +David M. Doenges,    331 Walnut St.,    Batavia, IL 60510-2965
21166366       Cadence Health,    25 N. Winfield Road,    Winfield, IL 60190-1222
21166367       Central DuPage Hospital,    25 N Winfield Road,    Winfield, IL 60190-1295
21166368       Delnor Community Hospital,    Mail Processing Center,    PO Box 739,    Moline, IL 61266-0739
21166371      +Invoice Audit Services,    PO Box 559,    Moon Township, PA 15108-0559
21166372      +Maryland National Bank,    c/o Niagara Credit Solutions, Inc.,    655 Pullman Avenue,
                 Rochester, NY 14615-3334
21166373      +Maryland National Bank,    c/o Niagara Credit Solutions, Inc.,
                 420 Lawrence Bell Drive, Ste. #2,    Williamsville, NY 14221-8820
21166374       Presence Health,    Patient Financial Services,    1643 Lewis Ave, Ste 203,
                 Billings, MT 59102-4151
21166375       Quest Diagnostics,    Attn: Patient Billing,    1355 Mittl Boulevard,    Wood Dale, IL 60191-1024
21166376       State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
21166377       State Collection Service Inc,    PO Box 1022,    Wixom, MI 48393-1022
21166381      +TD/Target,    3701 Wayzata Blvd,    MS 4AE,    Minneapolis, MN 55416-3401
21166379       Target,    PO Box 673,    Minneapolis, MN 55440-0673
21166380      +Target NB,    CCS Gray OPS Center,    PO Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22099686        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2014 00:52:24
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
21166369        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2014 00:52:12      Discover CD,
                 Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850-5316
22072543        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2014 00:52:12      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                               TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21166378*        State Collection Service Inc.,    2509 S. Stoughton Road,    Madison, WI 53716-3314
21166370       ##Fox Valley Ear, Nose & Throat,    1015 Summit Street,    Elgin, IL 60120-4362
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2014                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2014 at the address(es) listed below:
```
          David M Siegel    on behalf of Debtor David M. Doenges davidsiegellaw@hotmail.com,
           davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          Joseph  Voiland    jrvoiland@sbcglobal.net,    jvoiland@ecf.epiqsystems.com
          Joseph  Voiland    on behalf of Plaintiff Joseph  Voiland jrvoiland@sbcglobal.net,
           jvoiland@ecf.epiqsystems.com
          Joseph R Voiland    on behalf of Plaintiff Joseph  Voiland jrvoiland@sbcglobal.net
          Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ryan  Keenan    on behalf of Defendant Jeninne M. Doenges ryan@keenanlawofficespc.com
          Ryan  Keenan    on behalf of Defendant David M. Doenges ryan@keenanlawofficespc.com
                                                                                               TOTAL: 8
```