UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
DOENGES, DAVID M.                     §     Case No. 13-42410
                                      §
                                      §
        Debtor(s)                     §

CHAPTER 7 UWEEGUUQT"TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C. Berg, Trustee, uweeguuqt"chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the r tkqt"Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The uweeguuqt"trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Elizabeth C. Berg, Uweeguuqt"Trustee _____
                                                                    Uweeguuqt"Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cadence Health 25 N. Winfield Road Winfield, IL 60190-1222 | | | | | |
| | Central DuPage Hospital 25 N Winfield Road Winfield, IL 60190-1295 | | | | | |
| | Delnor Community Hospital Mail Processing Center PO Box 739 Moline, IL 61266-0739 | | | | | |
| | Fox Valley Ear, Nose & Throat 1015 Summit Street Elgin, IL 60120-4362 | | | | | |
| | Maryland National Bank c/o Niagara Credit Solutions, Inc. 655 Pullman Avenue Rochester, NY 14615 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maryland National Bank c/o Niagara Credit Solutions, Inc. 655 Pullman Avenue Rochester, NY 14615 | | | | | |
| | Presence Health Patient Financial Services 1643 Lewis Ave, Ste 203 Billings, MT 59102-4151 | | | | | |
| | Quest Diagnostics Attn: Patient Billing 1355 Mittl Boulevard Wood Dale, IL 60191-1024 | | | | | |
| | State Collection Service 2509 S. Stoughton Road Madison, WI 53716-3314 | | | | | |
| | State Collection Service 2509 S. Stoughton Road Madison, WI 53716-3314 | | | | | |
| | State Collection Service Inc. 2509 S. Stoughton Road Madison, WI 53716-3314 | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-42410 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | DOENGES, DAVID M. | | | Date Filed (f) or Converted (c): | 10/30/13 (f) |
| | | | | 341(a) Meeting Date: | 11/25/13 |
| For Period Ending: | 02/18/15 | | | Claims Bar Date: | 09/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking acct - Bank of America | 250.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 4. 2002 Saturn SC | 1,075.00 | 0.00 | | 0.00 | FA |
| 5. 1995 Ford Aspire | 155.00 | 0.00 | | 0.00 | FA |
| 6. fraudulent Transfer Jeninne Doenges (u) | Unknown | 0.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,980.00 | $0.00 | | $5,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-42410 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | DOENGES, DAVID M. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******2113 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4222 | | | |
| For Period Ending: | 02/18/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/14 | 6 | Keenan Law Offices, P.C. | | 1241-000 | 5,000.00 | | 5,000.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.00 |
| 11/07/14 | 003001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 1,250.00 | 3,720.00 |
| 11/07/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 45.35 | 3,674.65 |
| 11/07/14 | 003003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 3110-000 | | 1,239.00 | 2,435.65 |
| 11/07/14 | 003004 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 3120-000 | | 12.22 | 2,423.43 |
| 11/07/14 | 003005 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | | 2700-000 | | 879.00 | 1,544.43 |
| 11/07/14 | 003006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 24.00 | 1,520.43 |
| 11/07/14 | 003007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 1,495.54 | 24.89 |
| 11/07/14 | 003008 | American InfoSource LP as agent for | | 7100-000 | | 24.89 | 0.00 |

Page Subtotals      5,000.00      5,000.00

Ver: 18.04

LFORM24

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-42410 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | DOENGES, DAVID M. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******2113  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4222 | | | |
| For Period Ending: | 02/18/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | | | | | |

|   |   |
|---|---|
| COLUMN TOTALS | 5,000.00   5,000.00   0.00 |
| Less:  Bank Transfers/CD's | 0.00   0.00 |
| Subtotal | 5,000.00   5,000.00 |
| Less:  Payments to Debtors | 0.00 |
| Net | 5,000.00   5,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2113 | 5,000.00 | 5,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000.00 | 5,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.04